709 A.2d 899

**COMMONWEALTH of Pennsylvania, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS**

**v.**

**STATE BOARD OF PHYSICAL THERAPY.**

**Petition of Thomas A. BOCH, D.C., Howard A. Bloom, D.C., Mark W. Bloom, D.C., Ronald A. Cologna, D.C., and Weathervane Chiropractic, Intervenors.**

Supreme Court of Pennsylvania.

April 16, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of April, 1998, the petition for allowance of appeal is GRANTED, limited to the issue of whether the Commonwealth Court interpreted the Physical Therapy Practice Act, 63 Pa.C.S. § 1304(a), so as to produce an unconstitutional result.

SAYLOR, J., did not participate in the consideration or decision of this matter.